THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM H. WALKER, Appellant.

*People* v. *Walker*, 128 App. Div. 930, appeal dismissed.
(Submitted April 26, 1909; decided May 4, 1909.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 27, 1908, which dismissed an appeal from orders of the Court of General Sessions of the Peace in the county of New York denying motions to dismiss the indictment against the defendant.

The motion was made upon the ground that the order of the Appellate Division was not appealable, inasmuch as there was no statutory authority for an independent appeal from an intermediate order in a criminal proceeding.

*William Travers Jerome, District Attorney (Robert C. Taylor* of counsel), for motion.

No one opposed.

Motion granted.

---

In the Matter of the Arbitration Between CHARLES T. PARKER, Appellant, and F. EGERTON WEBB et al., Respondents.

(Submitted April 26, 1909; decided May 4, 1909.)

Motion for re-argument denied, with ten dollars costs. (See 195 N. Y. 526.)